UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
2016 AUG 26 A 11: 21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
    Plaintiff, )
)
v. ) Case No:
) (Related Case No. 1:11CR00186-01S)
JOSEPH CARAMADRE, )
    Defendant, )
)
and )
)
AMERITAS LIFE INSURANCE )
CORPORATION, )
    Garnishee. )

## ANSWER OF THE GARNISHEE

I, __Victoria Treece__, (Affiant), BEING DULY SWORN, DEPOSE AND SAY:

That I am the (state official title) __Manager of DI Claims__ of Garnishee, a corporation, organized under the laws of the State of __Nebraska__.

On __August 16__, 2016, Garnishee was served with the Writ of Continuing Garnishment.

The Garnishee has custody, control or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below:

| Description of Property Including Account Number | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| a. Disability Income benefits - policy # 000073818H | $ 8533.33 | Benefit payments - benefit period expires 8/31/2016. |
| b. | $ | |
| c. | $ | |

Garnishee anticipates owing to the Defendant in the future, the following amounts:

| Description of Property Including Account Number | Approximate Value | Estimate date or Period Due |
|---|---|---|
| a. | $ 0 | |
| b. | $ | |

The Garnishee has the following objections, defenses, or setoffs to the government's right to apply the Garnishee's indebtedness to the Defendant upon the government's claim:

The Garnishee does not have in its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action for the following reason(s):

_Not applicable_

In addition to filing the original Answer with the Clerk of United States District Court at One Exchange Terrace, Providence, Rhode Island 02903, the Garnishee has mailed a copy of this Answer by first-class mail to (1) the Defendant, Joseph Caramadre, Register #08549-070, FMC Devens, 42 Patton Road, P.O. Box 879, Ayer, Massachusetts 01432, and (2) the United States Attorney for the District of Rhode Island, Attention: Mary Rogers, Assistant U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

_____
Garnishee

Subscribed and sworn to before me this
__17__ day of __August__ 2016.
_R Jan Davis Huffman_
Notary Public
(Seal)

My Commission expires: _11/21/2020_

R JAN DAVIS HUFFMAN
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
November 21, 2020

2